COMMONWEALTH of Pennsylvania,
Petitioner

v.

Mark MARKWIS, Respondent.

Supreme Court of Pennsylvania.

Dec. 15, 2009.

## ORDER

PER CURIAM.

AND NOW, this 15th day of **December, 2009,** the Petition for Allowance of Appeal is **GRANTED.** The decision of the Superior Court is **VACATED,** and the case is **REMANDED** to the trial court for reconsideration in light of *Commonwealth v. Worthy,* 598 Pa. 470, 957 A.2d 720 (2008).